UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. |
| ) | |
| v. ) | Violations: |
| ) | |
| VINICIUS G. TEIXEIRA, a/k/a Vinny, ) | Count One: Possession with Intent to Distribute Marijuana |
| ) | (21 U.S.C. §§ 841(a)(1)) |
| Defendant ) | |
| ) | Count Two: Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| ) | (18 U.S.C. § 924(c)) |
| ) | |
| ) | Drug Forfeiture Allegation: |
| ) | (21 U.S.C. § 853) |
| ) | |

INDICTMENT

COUNT ONE
Possession with Intent to Distribute Marijuana
(21 U.S.C. §§ 841(a)(1))

The Grand Jury charges:

On or about March 7, 2019, in Saugus, in the District of Massachusetts, the defendant,

VINICIUS G. TEIXEIRA, a/k/a Vinny,

did knowingly and intentionally possess with the intent to distribute a mixture and substance

containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

On or about March 7, 2019, in Saugus, in the District of Massachusetts, the defendant,

VINICIUS G. TEIXEIRA, a/k/a Vinny,

did knowingly possess a firearm, that is, an American Tactical 9mm semiautomatic pistol with a magazine containing eleven (11) rounds of ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

2

<u>DRUG FORFEITURE ALLEGATION</u>
(21 U.S.C. § 853)

The Grand Jury further finds:

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section 841(a), set forth in Count One of this Indictment, the defendant,

VINICIUS G. TEIXEIRA, a/k/a Vinny,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds any of the defendant obtained, directly or indirectly, as a result of the offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. Such property includes, but is not limited to the following:

(a)    $1,271 in United States currency seized on March 7, 2019 from Saugus, Massachusetts; and

(b)    $84,005 in United States currency seized on March 7, 2019 from Saugus, Massachusetts.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

3

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: APRIL ___17___, 2019
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK
4/17/19 @ 2:55pm

5