AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>VINICIUS TEIXEIRA, a/k/a "Vinny,"<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 19cr10126<br><br>**SEALED** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     VINICIUS TEIXEIRA, a/k/a "Vinny," ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).
Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

Date: 04/17/2019                              _[signature] Page Kelley_
                                              _Issuing officer's signature_

City and state: Boston, MA                    U.S. Magistrate Judge
                                              _Printed name and title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____                           _____
                                              _Arresting officer's signature_

                                              _____
                                              _Printed name and title_